Jeffrey I. Golden, Trustee
P.O. Box 2470
Costa Mesa, CA 92628-2470
Telephone: (714) 966-1000
Facsimile:  (714) 966-1002
Email:  jgolden@wgllp.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 8:11-BK-21300-MW |
| JOJO'S PIZZA KITCHEN INC | § | |
| | § | **Jointly Administered with** |
| **JOSEPH GROUP INC** | § | **Case No. 8:11-BK-21301-MW** |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Jeffrey I. Golden, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $97,132.90 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $51,191.44 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $300,758.42 | | |

UST Form 101-7-TDR (10/1/2010)

3)      Total gross receipts of $351,949.86 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $351,949.86 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,893.86 | $185,831.48 | $51,191.44 | $51,191.44 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $206,317.00 | $206,317.00 | $206,317.00 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $624,013.37 | $624,013.37 | $94,441.42 |
| Priority Unsecured Claims (From **Exhibit 6**) | $3,832.36 | $212,178.06 | $212,178.06 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $157,128.89 | $839,621.72 | $839,621.72 | $0.00 |
| **Total Disbursements** | $162,855.11 | $2,067,961.63 | $1,933,321.59 | $351,949.86 |

4).  This case was originally filed under chapter 11 on 08/11/2011. The case was converted to one under Chapter 7 on 09/24/2014. The case was pending for 76 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>01/12/2021</u>                    By:   <u>/s/ Jeffrey I. Golden</u>
                                                         Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| CHINO COMMERCIAL BANK (ACCT. #2052 (BREA AND MIRA LOMA). GENERAL ACCOUNT/OPERATING ACCOUNT - BUSINESS CHECKING.  THIS IS | 1129-000 | $17,405.34 |
| CHINO COMMERCIAL BANK (ACCT. #2060) (BREA). PAYROLL ACCOUNT - BUSINESS CHECKING.  THIS ACCOUNT BALANCE WAS $0.00 AS OF | 1129-000 | $36.10 |
| PAYMENT ON A PROMISSORY NOTE -  BREA RESTAURANT LOCATION | 1221-000 | $265,432.83 |
| PROCEEDS FROM SALE OF CHINO HILLS AND MIRA LOMA RESTAURANT LOCATIONS | 1221-000 | $69,075.59 |
| **TOTAL GROSS RECEIPTS** | | $351,949.86 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE | 4300-000 | $0.00 | $56,974.35 | $42,121.80 | $42,121.80 |
| 4 | ORANGE COUNTY TREASURER TAX-COLLECTOR | 4800-000 | $946.93 | $8,376.95 | $8,376.95 | $8,376.95 |
| 8 | WEST CENTRAL PRODUCE, INC. | 4210-000 | $0.00 | $3,323.40 | $0.00 | $0.00 |
| 12 | CHINO COMMERCIAL BANK | 4210-000 | $0.00 | $116,464.09 | $0.00 | $0.00 |
| 17 | COUNTY OF ORANGE | 4800-000 | $946.93 | $692.69 | $692.69 | $692.69 |
| **TOTAL SECURED CLAIMS** | | | $1,893.86 | $185,831.48 | $51,191.44 | $51,191.44 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JEFFREY I. GOLDEN, TRUSTEE, Trustee | 2100-000 | NA | $20,847.49 | $20,847.49 | $20,847.49 |

| JEFFREY I. GOLDEN, TRUSTEE, Trustee | 2200-000 | NA | $10.00 | $10.00 | $10.00 |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | $281.65 | $281.65 | $281.65 |
| Independent Bank | 2600-000 | NA | $433.55 | $433.55 | $433.55 |
| Integrity Bank | 2600-000 | NA | $5,448.00 | $5,448.00 | $5,448.00 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | $1,632.08 | $1,632.08 | $1,632.08 |
| FRANCHISE TAX BOARD | 2990-800 | NA | $3,690.56 | $3,690.56 | $3,690.56 |
| LOBEL WEILAND GOLDEN FRIEDMAN LLP, Attorney for Trustee | 3110-000 | NA | $78,860.00 | $78,860.00 | $78,860.00 |
| LOBEL WEILAND GOLDEN FRIEDMAN LLP, Attorney for Trustee | 3210-000 | NA | $1,901.26 | $1,901.26 | $1,901.26 |
| SHULMAN BASTIAN LLP, Special Counsel for Trustee | 3210-600 | NA | $60,339.24 | $60,339.24 | $60,339.24 |
| SHULMAN BASTIAN LLP, Special Counsel for Trustee | 3220-610 | NA | $1,408.67 | $1,408.67 | $1,408.67 |
| HAHN FIFE & COMPANY LLP, Accountant for Trustee | 3410-000 | NA | $30,198.00 | $30,198.00 | $30,198.00 |
| HAHN FIFE & COMPANY LLP, Accountant for Trustee | 3420-000 | NA | $1,266.50 | $1,266.50 | $1,266.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $206,317.00 | $206,317.00 | $206,317.00 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SHULMAN HODGES & BASTIAN LLP, Attorney for D-I-P | 6210-160 | NA | $177,973.00 | $177,973.00 | $20,088.81 |
| SHULMAN HODGES & BASTIAN LLP | 6220-170 | NA | $10,020.18 | $10,020.18 | $0.00 |
| BOARD OF EQUALIZATION, Other Prior Chapter Administrative | 6990-000 | NA | $382,061.75 | $382,061.75 | $65,151.31 |

| | | | | | |
|---|---|---|---|---|---|
| EMPLOYMENT DEVELOPMENT DEPARTMENT, Other Prior Chapter Administrative | 6990-000 | NA | $25,205.40 | $25,205.40 | $4,298.17 |
| FRANCHISE TAX BOARD, Other Prior Chapter Administrative | 6990-000 | NA | $2,464.66 | $2,464.66 | $420.29 |
| THE DILLINGER LAW FIRM PC, Other Prior Chapter Administrative | 6990-000 | NA | $26,288.38 | $26,288.38 | $4,482.84 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $624,013.37 | $624,013.37 | $94,441.42 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FRANCHISE TAX BOARD | 5800-000 | $1,938.50 | $2,840.80 | $2,840.80 | $0.00 |
| 3A | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $17,995.83 | $17,995.83 | $0.00 |
| 4A | ORANGE COUNTY TREASURER TAX-COLLECTOR | 5800-000 | $946.93 | $743.74 | $743.74 | $0.00 |
| 6 | STATE BOARD OF EQUALIZATION | 5800-000 | $0.00 | $38,654.31 | $38,654.31 | $0.00 |
| 9 | EMPLOYMENT DEVELOPMENT DEPARTMENT | 5800-000 | $0.00 | $4,807.41 | $4,807.41 | $0.00 |
| 15 | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $146,578.86 | $146,578.86 | $0.00 |
| 17A | COUNTY OF ORANGE | 5800-000 | $946.93 | $557.11 | $557.11 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,832.36 | $212,178.06 | $212,178.06 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | FRANCHISE TAX BOARD | 7100-000 | $1,938.50 | $727.57 | $727.57 | $0.00 |

| 2 | CLASSIC WINES OF CALIFORNIA | 7100-000 | $494.00 | $882.00 | $882.00 | $0.00 |
| 3B | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $3,449.69 | $3,449.69 | $0.00 |
| 3C | INTERNAL REVENUE SERVICE | 7300-000 | $0.00 | $14,852.55 | $14,852.55 | $0.00 |
| 4B | ORANGE COUNTY TREASURER TAX-COLLECTOR | 7300-000 | $1,502.00 | $4,746.23 | $4,746.23 | $0.00 |
| 5 | GUARD INSURANCE GROUP | 7100-000 | $5,163.12 | $14,664.41 | $14,664.41 | $0.00 |
| 6A | STATE BOARD OF EQUALIZATION | 7100-000 | $0.00 | $1,480.00 | $1,480.00 | $0.00 |
| 7 | CERENZIA FOODS INC | 7100-000 | $24,448.99 | $34,075.27 | $34,075.27 | $0.00 |
| 9A | EMPLOYMENT DEVELOPMENT DEPARTMENT | 7100-000 | $0.00 | $917.55 | $917.55 | $0.00 |
| 9B | EMPLOYMENT DEVELOPMENT DEPARTMENT | 7300-000 | $0.00 | $583.87 | $583.87 | $0.00 |
| 10 | CLARK & TREVITHICK | 7100-000 | $15,435.81 | $26,158.11 | $26,158.11 | $0.00 |
| 11 | VERNOLA MARKETPLACE, LLC | 7100-000 | $16,049.78 | $457,702.60 | $457,702.60 | $0.00 |
| 13A | BOARD OF EQUALIZATION | 7300-000 | $0.00 | $40,401.70 | $40,401.70 | $0.00 |
| 14 | MATTHEW J HEINZ | 7100-000 | $0.00 | $135,833.00 | $135,833.00 | $0.00 |
| 15A | INTERNAL REVENUE SERVICE | 7300-000 | $0.00 | $34,598.45 | $34,598.45 | $0.00 |
| 16A | EMPLOYMENT DEVELOPMENT DEPARTMENT | 7300-000 | $0.00 | $2,520.11 | $2,520.11 | $0.00 |
| 19 | AMGUARD INSURANCE COMPANY | 7100-000 | $0.00 | $45,067.90 | $45,067.90 | $0.00 |
| 20 | AMGUARD | 7100-000 | $0.00 | $4,185.94 | $4,185.94 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | INSURANCE COMPANY | | | | | |
| 21 | AMGUARD INSURANCE COMPANY | 7100-000 | $0.00 | $14,664.41 | $14,664.41 | $0.00 |
| 22 | AMGUARD INSURANCE COMPANY | 7100-000 | $0.00 | $60.01 | $60.01 | $0.00 |
| 24C | FRANCHISE TAX BOARD | 7300-000 | $1,938.50 | $2,050.35 | $2,050.35 | $0.00 |
| | ALPHA PHI GAMMA | 7100-000 | $103.77 | $0.00 | $0.00 | $0.00 |
| | AROVISTA | 7100-000 | $47.59 | $0.00 | $0.00 | $0.00 |
| | BOY SCOUTS | 7100-000 | $9.38 | $0.00 | $0.00 | $0.00 |
| | BOYS & GIRS CLUB OF FULLERTON | 7100-000 | $188.93 | $0.00 | $0.00 | $0.00 |
| | BREA ART ASSOCIATION | 7100-000 | $86.98 | $0.00 | $0.00 | $0.00 |
| | BREA, LLC | 7100-000 | $14,513.67 | $0.00 | $0.00 | $0.00 |
| | BROTHERS INTERNATIONAL DESSERTS INC. | 7100-000 | $106.00 | $0.00 | $0.00 | $0.00 |
| | CAL STATE FULLERTON LACROSSE | 7100-000 | $68.98 | $0.00 | $0.00 | $0.00 |
| | CALIFORNIA DELI DISTRIBUTING, INC. | 7100-000 | $3,851.77 | $0.00 | $0.00 | $0.00 |
| | CHI SIGMA PHI | 7100-000 | $345.49 | $0.00 | $0.00 | $0.00 |
| | CSUF-LATINO BUSINESS STUDENT ASSOCIATION | 7100-000 | $112.39 | $0.00 | $0.00 | $0.00 |
| | DEPARTMENT OF INDUSTRIAL RELATIONS | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | DIRECT TV | 7100-000 | $149.98 | $0.00 | $0.00 | $0.00 |
| | DONAIR | 7100-000 | $460.00 | $0.00 | $0.00 | $0.00 |
| | DOWNTOWN CHAPEL | 7100-000 | $40.88 | $0.00 | $0.00 | $0.00 |
| | FAMILY TREE PRODUCE | 7100-000 | $3,146.78 | $0.00 | $0.00 | $0.00 |
| | HAU | 7100-000 | $70.95 | $0.00 | $0.00 | $0.00 |
| | HEALTH CARE APPAREL SERVICE | 7100-000 | $124.71 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| HOPROCK LIMONITE, LLC | 7100-000 | $56,599.56 | $0.00 | $0.00 | $0.00 |
| INDIAN INTERNATIONAL CLUB | 7100-000 | $55.80 | $0.00 | $0.00 | $0.00 |
| KELLY'S HVAC/R INC. | 7100-000 | $695.00 | $0.00 | $0.00 | $0.00 |
| LAMDA THETA ALPHA | 7100-000 | $150.05 | $0.00 | $0.00 | $0.00 |
| LAMDA THETA PHI | 7100-000 | $38.12 | $0.00 | $0.00 | $0.00 |
| NORTH HILLS CHURCH | 7100-000 | $341.00 | $0.00 | $0.00 | $0.00 |
| PILIPINO GRADUATION | 7100-000 | $29.30 | $0.00 | $0.00 | $0.00 |
| PLACENTIA LINDA HOSPITAL | 7100-000 | $583.00 | $0.00 | $0.00 | $0.00 |
| RYDER TRANSPORTATION | 7100-000 | $2,107.40 | $0.00 | $0.00 | $0.00 |
| SOURCE REFRIGERATION & HVAC, INC. | 7100-000 | $636.88 | $0.00 | $0.00 | $0.00 |
| SSD SYSTEMS | 7100-000 | $1,420.00 | $0.00 | $0.00 | $0.00 |
| STRAUB DISTRIBUTING COMPANY | 7100-000 | $159.04 | $0.00 | $0.00 | $0.00 |
| THETA DELTA BETA | 7100-000 | $91.20 | $0.00 | $0.00 | $0.00 |
| THRIVE MARKETING, INC. | 7100-000 | $2,866.00 | $0.00 | $0.00 | $0.00 |
| TRADE SUPPLIES INC. | 7100-000 | $857.59 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $157,128.89 | $839,621.72 | $839,621.72 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 11-21301-MW | | Trustee Name: | Jeffrey I. Golden |
| Case Name: | JOSEPH GROUP INC | | Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| For the Period Ending: | 1/12/2021 | | §341(a) Meeting Date: | |
| | | | Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | CHINO COMMERCIAL BANK (ACCT. #2052 (BREA AND MIRA LOMA). GENERAL ACCOUNT/OPERATING ACCOUNT - BUSINESS CHECKING. THIS IS ALSO A PAYROLL ACCOUNT FOR MIRA LOMA. THIS ACCOUNT BALANCE WAS $3.14 AS OF JUNE 30, 2011. | $3.14 | $0.00 | | $17,405.34 | FA |
| Asset Notes: | Trustee opened new general account under JoJo's Pizza upon his appointment. New general account #1113315. The new account was closed on 2/25/15 and funds deposited into the Trustee's account on 2/11/15 and 3/2/15. Funds in the amount of $34,000.42 were deposited into the JoJo's Pizza Kitchen Inc. Estate account. 51.9% were then deposited into this Joseph Group, Inc. Estate Account (minus administrative costs and bank fees). $16,354.20, remain in the JoJo's Pizza Kitchen Estate Account. | | | | | |
| 2 | CHINO COMMERCIAL BANK (ACCT. #2060) (BREA). PAYROLL ACCOUNT - BUSINESS CHECKING. THIS ACCOUNT BALANCE WAS $0.00 AS OF JUNE 30, 2011. | $0.00 | $0.00 | | $36.10 | FA |
| Asset Notes: | Trustee opened new payroll account under Joseph Group Inc. upon his appointment. New payroll account #1114917. The new account was closed on 2/25/15 and funds deposited into the Trustee's account on 3/2/15. Funds in the amount of $69.55 was deposited into the JoJo's Pizza Kitchen Inc. Estate account. 51.9% were then deposited into this Joseph Group, Inc. Estate Account. 48.1% of the funds, or $33.45, remain in the JoJo's Pizza Kitchen Estate Account. | | | | | |
| 3 | 2 TELEVISIONS (MIRA LOMA) (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $200.00 | $0.00 | | $0.00 | FA |

FORM I
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No.: | 11-21301-MW | | | Trustee Name: | Jeffrey I. Golden |
|---|---|---|---|---|---|
| Case Name: | JOSEPH GROUP INC | | | Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| For the Period Ending: | 1/12/2021 | | | §341(a) Meeting Date: | |
| | | | | Claims Bar Date: | 01/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Value | Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA =§ 554(a) abandon. | Sales/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 4    MERIDIAN PHONE SYSTEMS (MIRA LOMA)  (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $500.00 | $0.00 | | $0.00 | FA |
| 5    MISCELLANEOUS SUPPLIES (MIRA LOMA). 1 5-COMPARTMENT EMPLOYEE LOCKER ($10), 1 HP5610 FAX/COPY/PRINTER ($20), 1 DELL 1720 PRINTER ($50).  (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $80.00 | $0.00 | | $0.00 | FA |
| 6    POINT OF SALE SYSTEM (BREA).  THIS IS THE SOFTWARD, FOUR DESKTOP COMPUTERS, FOUR MONITORS, PURCHASED IN JUNE OF 1998 | $400.00 | $0.00 | | $0.00 | FA |

| Case No.: | 11-21301-MW | Trustee Name: | Jeffrey I. Golden |
|---|---|---|---|
| Case Name: | JOSEPH GROUP INC | Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| For the Period Ending: | 1/12/2021 | §341(a) Meeting Date: | |
| | | Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7 | POINT OF SALE SYSTEM (MIRA LOMA). SOFTWARE, 5 MONITORS AND 5 DESKTOPS, SIX PRINTERS AND ONE SERVER. (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | 2 BAKERS PRIDE OVENS (BREA) | $3,500.00 | $0.00 | | $0.00 | FA |
| 9 | 2 DOOR TABLE COOLER 4' (MIRA LOMA). (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $200.00 | $0.00 | | $0.00 | FA |
| 10 | 3 DOOR BEER COOLER 5' (MIRA LOMA). (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $400.00 | $0.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    4    Exhibit 8

| Case No.: | 11-21301-MW | Trustee Name: | Jeffrey I. Golden |
| Case Name: | JOSEPH GROUP INC | Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| For the Period Ending: | 1/12/2021 | §341(a) Meeting Date: | |
| | | Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Value | Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA =§ 554(a) abandon. | Sales/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 11 | 4 DRAWER UNDER STOVE COOLER 4' (MIRA LOMA). (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $500.00 | $0.00 | | $0.00 | FA |
| 12 | 8 BURNER STOVE (BREA). | $300.00 | $0.00 | | $0.00 | FA |
| 13 | 8 BURNER STOVE (MIRA LOMA). (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $300.00 | $0.00 | | $0.00 | FA |
| 14 | BAKERS PRIDE OVEN (MIRA LOMA). (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $3,500.00 | $0.00 | | $0.00 | FA |
| 15 | CHAIRS (MIRA LOMA). 42 WOOD PADDED CHAIRS. (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $630.00 | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No.: | 11-21301-MW |
| Case Name: | JOSEPH GROUP INC |
| For the Period Ending: | 1/12/2021 |

| | |
|---|---|
| Trustee Name: | Jeffrey I. Golden |
| Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| §341(a) Meeting Date: | |
| Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | COOLERS (MIRA LOMA). 1 METRO FOOD HOLDER, 1 CARRIER DISPLAY COOLER. (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $600.00 | $0.00 | | $0.00 | FA |
| 17 | HOBART 60 QT. MIXER (BREA) | $1,500.00 | $0.00 | | $0.00 | FA |
| 18 | HOBART MIXER, 60 QUART (MIRA LOMA). (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $2,500.00 | $0.00 | | $0.00 | FA |
| 19 | RACKS (BREA). 2 BAKING RACKS W/ TRAYS. | $150.00 | $0.00 | | $0.00 | FA |
| 20 | RACKS (MIRA LOMA). 1 UTILITY RACK 2' ($50), 10 UTILITY RACKS 4' ($300), 2 UTILITY RACKS 6' ($75), 1 UTILITY RACK 3' ($30), 3 DURGESS RACKS 4' ($75). (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $530.00 | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    6        Exhibit 8

| | |
|---|---|
| **Case No.:**    11-21301-MW | **Trustee Name:**    Jeffrey I. Golden |
| **Case Name:**    JOSEPH GROUP INC | **Date Filed (f) or Converted (c):**    09/24/2014 (c) |
| **For the Period Ending:**    1/12/2021 | **§341(a) Meeting Date:** |
| | **Claims Bar Date:**    01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21 | SALAD COOLER 5' (MIRA LOMA. (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $400.00 | $0.00 | | $0.00 | FA |
| 22 | SHELVES (BREA).  1 SET OF 32' DRY SHELVING. | $150.00 | $0.00 | | $0.00 | FA |
| 23 | SINKS (BREA).  1 3-COMPARTMENT SINK ($100), 1 COMPARTMENT PREP SINK ($30). | $130.00 | $0.00 | | $0.00 | FA |
| 24 | SLICER (BREA) | $400.00 | $0.00 | | $0.00 | FA |
| 25 | SLICER (MIRA LOMA).  (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $500.00 | $0.00 | | $0.00 | FA |
| 26 | TABLES (MIRA LOMA).  4 STAINLESS TABLES 4' ($80), 1 WOOD DINING TABLE 6' ($50), 7 WOOD DINING TABLES 1.5' ($300), 11 WOOD DINING TABLES 3' ($220), 2 STAINLESS TABLES 3' ($75), 1 PIZZA TABLE 7' ($1,200), 1 STEAM TABLE 4' ($200).   (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $2,125.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:   7        Exhibit 8

| | |
|---|---|
| Case No.: | 11-21301-MW |
| Case Name: | JOSEPH GROUP INC |
| For the Period Ending: | 1/12/2021 |

| | |
|---|---|
| Trustee Name: | Jeffrey I. Golden |
| Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| §341(a) Meeting Date: | |
| Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27 | TABLES/CHAIRS (BREA). 12 TABLES 30" X 48" ($250), 38 CHAIRS ($200), 1 3-DOOR PIZZA TABLE ($300), 2 6' STAINLESS STEEL TABLES ($125), 2 4' STAINLESS STEEL TABLES ($85), 1 REFRIGERATOR BASE TABLE ($350), 1 STEAM TABLE ($150). | $1,460.00 | $0.00 | | $0.00 | FA |
| 28 | WALK-IN COOLER (BREA) | $800.00 | $800.00 | | $0.00 | FA |
| 29 | WALK-IN COOLER (MIRA LOMA). (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $1,200.00 | $0.00 | | $0.00 | FA |
| 30 | ACCOUNTS RECEIVABLE | $62,679.54 | $0.00 | | $0.00 | FA |
| 31 | AMEX LEVY BOE | $663.36 | $0.00 | | $0.00 | FA |
| 32 | CASH DRAWER (MIRA LOMA). THIS IS OUR DAILY CASH DRAWER FOR THE RESTAURANT. | $300.00 | $0.00 | | $0.00 | FA |
| 33 | INVENTORY ASSET (MIRA LOMA). THIS IS THE PERISHABLE INVENTORY AND SUPPLIES THAT THE DEBTOR KEEPS ON A MONTHLY BASIS. (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $3,825.00 | $0.00 | | $0.00 | FA |
| 34 | SECURITY DEPOSIT. WE ARE NOT SURE WHICH VENDOR THIS IS FOR, BUT IT MAY BE UTILITIES. | $1,560.00 | $0.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    8          Exhibit 8

| Case No.: | 11-21301-MW | Trustee Name: | Jeffrey I. Golden |
| Case Name: | JOSEPH GROUP INC | Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| For the Period Ending: | 1/12/2021 | §341(a) Meeting Date: | |
| | | Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 35 | TOTAL OTHER CURRENT ASSETS | $4,150.00 | $0.00 | | $0.00 | FA |
| 36 | PROCEEDS FROM SALE OF CHINO HILLS AND MIRA LOMA RESTAURANT LOCATIONS                    (u) | $0.00 | $163,834.96 | | $69,075.59 | FA |
| Asset Notes: | Received into JoJo's Pizza Kitchen Inc's estate account on 10/10/14. Includes all assets located at the Chino Hills and Mira Loma business premises. Relates to Asset #3-5, Asset #7, Asset #9-11, Asset #13-16, Asset #18, Asset #20-21, Asset #25-26, Asset #29, and Asset #32-33. Funds in the amount of $163,834.96 were deposited into the JoJo's Pizza Kitchen Inc. Estate account. 51.9% of these funds (minus bond payments and bank fees) then deposited into this Estate. | | | | | |
| 37 | PAYMENT ON A PROMISSORY NOTE - BREA RESTAURANT LOCATION                    (u) | $0.00 | $308,153.08 | | $265,432.83 | $42,720.25 |
| Asset Notes: | $300,000.00 Promissory Note. Includes all assets located at the Brea business premises (relates to Asset #6, Asset #8, Asset #12, Asset #17, Asset #19, Asset #22-24, Asset #27 and Asset #28). Pursuant to an agreement approved on October 3, 2017, the buyer was permitted to make the $300,000.00 payment in three installment payments with the last payment due by February 15, 2018. Payments have not been made timely. 48.1% of all payments received deposited into the Estate of JoJo's Pizza Kitchen. 51.9% of all payments (minus bond payments, bank fees and administrative costs) allocated to this Estate. Order on motion to close this case leaving this asset unadministered approved on September 25, 2019. | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | $97,136.04 | $472,788.04 | | $351,949.86 | $42,720.25 |

**Major Activities affecting case closing:**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    9          Exhibit 8

| Case No.: | 11-21301-MW | Trustee Name: | Jeffrey I. Golden |
| Case Name: | JOSEPH GROUP INC | Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| For the Period Ending: | 1/12/2021 | §341(a) Meeting Date: | |
| | | Claims Bar Date: | 01/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

07/10/2020    AMENDED FINAL REPORT:  The TFR hearing was been continued out several times.  Secured Claim No. 8 was withdrawn in February, 2020 and an objection was filed to Claim No. 12 which disallowed the claim in its entirety.

P.E. 9/30/19:  The Trustee submitted his TFR to the OUST on October 21, 2019.

FINAL REPORT:  The Trustee has filed a motion to close this case leaving an asset unadministered.  The order on the motion was approved by Court order entered September 25, 2019.  The asset is the remaining payment on the note in the amount of $105,000 plus interest.  51.9% of which will be transferred from the JoJo's Pizza Kitchen Estate to this Estate.  The Estate's tax returns have been completed and all claims have been reviewed.  Allowed secured claims to be paid in full.  All Chapter 7 administrative expenses to be paid in full which includes professionals expenses and the FTB claim no. 24.

P.E. 9/30/18:  The Buyer of the restaurants still owes the Estate $105,000 (51.9% of which will be transferred from the JoJo's Pizza Kitchen Estate to this Estate).  The Trustee has been informed that the Buyer is currently in escrow to sell a restaurant location and the proceeds should be sufficient to pay the entirety of the balance owed.  Escrow is scheduled to close at the end of October 2018.  If escrow does not close and payment is not made, the Trustee will immediately seek to employ a collections company to pursue the Buyer and will move to close the cases with an unadministered asset until such time as funds are recovered.

The Trustee filed an objection to a secured claim that was later voluntarily withdrawn based upon counsel providing a prior stipulation that amended the claim's secured status.

The Trustee anticipates submitting his TFR in this case before 3/31/2019.

P.E. 9/30/17:  The Trustee has received the installment payments from the Buyer of the restaurants, however on or about August 14, 2017, the Buyer informed the Trustee's counsel that it was unable to timely pay the final payment of $300,000.00 which was due on July 31, 2017, and asked for some additional time to make the payment.  Subject to Court approval, the parties entered into an agreement (the "Agreement") which separated the $300,000.00 balance into three $100,000.00 payments with the last payment due by February 15, 2018.  The Agreement further provided for interest to accrue at a rate of 5% and a provision that if the Buyer defaulted on any of the payments, the Buyer stipulated to entry of judgment against it.  Pursuant to an order entered October 3, 2017, the Agreement was approved. As set forth in prior Status Reports, the case has been complicated by the way the Debtors operated prior to filing bankruptcy and prior to the Trustee's appointment.  The Debtors commingled cash to pay the obligations of both.  The Debtor commingled income and expense without regard for which particular Debtor generated the income or incurred the expenses.  Because there are two separate Estates, the Trustee was tasked with finding a way to distribute the sale proceeds between the Estates.  With the assistance of an accountant, the Trustee formulated a proposal on how to allocate the funds from the sale of the restaurants to each estate.  On March 3, 3017, the Trustee filed his Motion for Order Allocated Sale Proceeds (the "Motion").  No opposition was made to the Motion and on April 7, 2017, the order was entered granting the Motion.  Accordingly, once all of the funds are received from the Buyer, the Trustee will now know how the funds are allocated to each Estate.  The Trustee continues to investigate if the tax claims can be subordinated so that a distribution can be made to unsecured creditors.

The Trustee will continue to collect the sale proceeds through February, 2018 and based thereon, the Trustee anticipates that he will submit his TFR to the OUST in both this case and in Joseph Group, Inc. before June 30, 2018.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    10        Exhibit 8

| Case No.: | 11-21301-MW |
|---|---|
| Case Name: | JOSEPH GROUP INC |
| For the Period Ending: | 1/12/2021 |

| Trustee Name: | Jeffrey I. Golden |
|---|---|
| Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| §341(a) Meeting Date: | |
| Claims Bar Date: | 01/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

P.E. 9/30/16:  The Trustee has received the second installment from the buyer of the restaurants.  The case has been complicated by the way the Debtors operated prior to filing bankruptcy and prior to the Trustee's appointment.  The Debtors commingled cash to pay the obligations of both.  The Debtor commingled income and expense without regard for which particular Debtor generated the income or incurred the expenses.  Because there are two separate Estates, the Trustee was tasked with finding a way to distribute the sale proceeds between the Estates.  The Trustee has reviewed and analyzed all secured claims and reviewed the sale motion.  The Trustee analyzed whether or not there was a benefit to substantively consolidate the cases and determined that there was not benefit to either Estates.  The Trustee is also investigating possible subordination of tax claims.

With the assistance of an accountant, within the next couple of weeks the Trustee will file his Motion for Order Authorizing the Distribution of Sales Proceeds.  The Trustee will continue to collect the sale proceed through July, 2017 and based thereon, the Trustee anticipates submitting the TFR in this case by December 31, 2017.

P.E. 9/30/15:  Joseph Group, Inc ("JGI") was in the business of owning and operating two JoJo's Pizza Kitchen restaurants, one located in Mira Loma ("Mira Loma") and another located in Brea ("Brea").  JoJo's Pizza Kitchen, Inc ("JJPK") was in the business of owning and operating one JoJo's Pizza Kitchen located in Chino Hills ("Chino Hills").  Both Debtors' assets included ownership of equipment and inventory, rights as tenants under their lease agreements and certain rights to the name and recipes (the "Property").

Prior to the Trustee's appointment, the Debtors had sought and obtained an order authorizing the Debtor's to sell the assets, business and property ("Assets") utilized by the debtors in the operation of the three JoJo's Pizza Kitchen restaurants in Mira Loma, Brea and Chino Hills (the "Restaurants").  The sale provided for the buyer to purchase substantially all of the Debtors assets including all Restaurants and does not provide for the buyer to purchase only some of the assets.  The sale was conditioned by several items, including that the closing of the sale of all of the Restaurants would occur by January 31, 2015.

On July 22, 2014, the sale of the restaurants located in Chino Hills and Mira Loma closed and Debtors' counsel received a check from escrow in the amount of $160,216.54, representing the net proceeds of the deposit paid by the buyers.  The funds received were net costs of sale, taxes on the transfers and a $20,000.00 commission.  At the time of the Chapter 11 Status Conference on August 27, 2014, the Debtors' represented that JGI, the buyer, and the landlord of the remaining Brea restaurant were in negotiations to assign the current lease for the Brea restaurant to the buyer.  In a further status report filed by the Debtors for hearing on September 22, 2014, the Debtors' represented that the landlord of the Brea restaurant was in current negotiations to assign the current lease for the Brea restaurant to the buyer or for the buyer to reach terms of a new lease with the landlord.  JGI further represented that it expected the agreement to be reached shortly and that escrow on the sale of the Brea restaurant had been opened and the parties were working on the buyer obtaining a temporary liquor license for the premises.

At the hearing on September 22, 2014, the Debtors' cases were converted to chapter 7 and the order was entered on September 24, 2014.  On September 26, 2014, the Trustee was appointed. Upon his appointment, the Trustee moved immediately to take possession and control of the remaining business operations, including the Brea restaurant.  The Trustee sought an order authorizing him to continue to operate pursuant to 11 U.S.C. § 721 and to use funds of the estates pursuant to 11 U.C.S.  21 363(b)(1).

The Trustee determined that a substantial amount of the revenue generated by the Debtor was from the sale of pizzas to local schools.  Those funds as well as any debit or credit card transactions were deposited electronically into a Merchant account maintained as a DIP account by JGI at Chino Commercial Bank.  The Trustee determined that if the  Merchant

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    11              Exhibit 8

| Case No.: | 11-21301-MW | | Trustee Name: | Jeffrey I. Golden |
| Case Name: | JOSEPH GROUP INC | | Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| For the Period Ending: | 1/12/2021 | | §341(a) Meeting Date: | |
| | | | Claims Bar Date: | 01/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

account was closed, it would cause substantial disruption to the business affairs and the operations of the Brea restaurant.  With Court approval, the Trustee took immediately possession and control of that account and closed all other accounts that the Debtors had maintained. The Trustee opened a payroll account at the same Chino Commercial Bank because the Trustee's Estate bank, Integrity Bank, does not have any locations that the employees could cash their payroll checks.

The Brea location closed and the buyer has made its first installment on the purchase of that location.  The total amount that the estate will receive will be $637,500.  The installments will continue through July, 2017.

The Trustee does not anticipate any litigation will be commenced.  The only remaining activity will be to collect the balance of the sale proceeds from the Brea sale.

The Trustee anticipates submitting his TFR in this case before December 31, 2017.

P.E. 9/30/14:  The case was originally filed as a chapter 11 case.  JoJo's Pizza Kitchen, Inc. ("JJPK") is jointly administered with Joseph Group, Inc. ("JGI").  JGI was in the business of owning and operating two JoJo's Pizza Kitchen restaurants located in Mira Loma and Brea.  JJPK was in the business of owning and operating one JoJo's Pizza Kitchen located in Chino Hills.  During the pendency of the chapter 11 case, the Debtors sought and obtained an order authorizing the sale of all of the assets of both Debtors including the inventory, equipment, business and property utilized by the Debtors in the operation of the three restaurants.  Prior to the trustee's appointment, the restaurants in Mira Loma and Chino Hills had closed escrow.  The Trustee was informed when the case was converted on September 22, 2014, that the closing of escrow of the Brea restaurant was imminent and likely to occur within days of his appointment.  The Trustee took immediate custody and control of all bank accounts and operations of the Brea restaurant.  The Trustee has sought an order authorizing him to operate the business pursuant to 11 U.S.C .§ 721 and forth authority to use the estates bank accounts pursuant to 11 U.S.C. § 363(b)(1).  Hearing on the motion is set for November 5, 2014, at 9:00 a.m.  The Trustee has recently been informed that the sale of the Brea restaurant will either close or terminate.  The sale may be a condition of the entire transaction, so the Trustee is working diligently for the sale to occur.  The Trustee anticipates submitting his final report in this case by June 30, 2016.

| Initial Projected Date Of Final Report (TFR): | 06/30/2016 | Current Projected Date Of Final Report (TFR): | 06/30/2019 | /s/ JEFFREY I. GOLDEN |
| | | | | JEFFREY I. GOLDEN |

FORM 2

Page No: 1    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-21301-MW | |
| Case Name: | JOSEPH GROUP INC | |
| Primary Taxpayer ID #: | **-***2024 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 8/11/2011 | |
| For Period Ending: | 1/12/2021 | |

| | | |
|---|---|---|
| Trustee Name: | Jeffrey I Golden | |
| Bank Name: | Independent Bank | |
| Checking Acct #: | ******1301 | |
| Account Title: | CHECKING ACCOUNT | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/21/2017 | | JEFFREY I. GOLDEN, TRUSTEE FOR THE ESTATE OF JOJO'S PIZZA | SALE PROCEEDS ALLOCATED TO JOSEPH GROUP INC. ESTATE PER COURT ORDER ENTERED 4/7/17; AMOUNT BASED UPON FUNDS HELD IN JOJO'S ESTATE AS OF 4/21/17 IN THE AMOUNT OF $483,130.75 (FUNDS DEPOSITED AS OF THIS DATE MINUS BOND PAYMENTS AND BANK FEES) AMOUNT DEPOSITED IS 51.9% OF $483,130.75 | * | $250,744.86 | | $250,744.86 |
| | {36} | | 51.9% of Turnover of Sale Proceeds - Held in Debtor's Counsel's Client Trust Account (minus bond payments and bank fees) $69,075.59 | 1221-000 | | | $250,744.86 |
| | {1} | | 51.9 % of Funds From DIP General Account Ending 3315 (minus bond payments and bank fees) $17,405.34 | 1129-000 | | | $250,744.86 |
| | {2} | | 51.9% of Funds from DIP General Account Ending 4917 $36.10 | 1129-000 | | | $250,744.86 |
| | {37} | | 51.9% of Payment on Promissory Note (minus bond payments, bank fees and administrative expenses) $164,227.83 | 1221-000 | | | $250,744.86 |
| 04/26/2017 | 1001 | LOBEL WEILAND GOLDEN FRIEDMAN LLP | ATTORNEY FOR TRUSTEE - FEE PAID @ 67.84620245% OF ALLOWED AMOUNT PER COURT ORDER ENTERED 12/20/16 | 3110-000 | | $27,012.97 | $223,731.89 |
| 04/26/2017 | 1002 | LOBEL WEILAND GOLDEN FRIEDMAN LLP | ATTORNEY FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER COURT ORDER ENTERED 12/20/16 | 3210-000 | | $1,844.16 | $221,887.73 |
| 04/26/2017 | 1003 | SHULMAN HODGES & BASTIAN LLP | SPECIAL COUNSEL FOR TRUSTEE - FEE PAID @ 67.84620245% OF ALLOWED AMOUNT PER COURT ORDER ENTERED 12/20/16 | 3210-600 | | $25,601.76 | $196,285.97 |
| 04/26/2017 | 1004 | SHULMAN HODGES & BASTIAN LLP | ATTORNEY FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER COURT ORDER ENTERED 12/20/16 | 3220-610 | | $225.30 | $196,060.67 |
| | | | **SUBTOTALS** | | $250,744.86 | $54,684.19 | |

FORM 2

Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-21301-MW | |
| Case Name: | JOSEPH GROUP INC | |
| Primary Taxpayer ID #: | **-***2024 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 8/11/2011 | |
| For Period Ending: | 1/12/2021 | |

| | | |
|---|---|---|
| Trustee Name: | Jeffrey I Golden | |
| Bank Name: | Independent Bank | |
| Checking Acct #: | ******1301 | |
| Account Title: | CHECKING ACCOUNT | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $125.96 | $195,934.71 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $291.07 | $195,643.64 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $281.26 | $195,362.38 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $290.22 | $195,072.16 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $289.79 | $194,782.37 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $280.02 | $194,502.35 |
| 10/03/2017 | (37) | JEFFREY I. GOLDEN, TRUSTEE FOR JOJO'S PIZZA KITCHEN | PAYMENT ON PROMISSORY NOTE FOR 2017-$100,000 (PART 1 OF 3);  51.9% OF FUNDS PAID TO JOSEPH GROUP, INC. ESTATE | 1221-000 | $51,900.00 | | $246,402.35 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $361.07 | $246,041.28 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $353.71 | $245,687.57 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $364.98 | $245,322.59 |
| 01/22/2018 | 1005 | INTERNATIONAL SURETIES LTD. | Bond #016030866 | 2300-000 | | $118.79 | $245,203.80 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $364.43 | $244,839.37 |
| 02/08/2018 | (37) | JEFFREY I. GOLDEN, TRUSTEE FOR JOJO'S PIZZA KITCHEN | SALE PROCEEDS ALLOCATED TO JOSEPH GROUP INC. ESTATE PER COURT ORDER ENTERED 4/7/17 | 1221-000 | $25,950.00 | | $270,789.37 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $353.39 | $270,435.98 |
| 03/14/2018 | (37) | JEFFREY I. GOLDEN, TRUSTEE FOR JOJO'S PIZZA KITCHEN | SALE PROCEEDS ALLOCATED TO JOSEPH GROUP INC. ESTATE PER COURT ORDER ENTERED 4/7/17 | 1221-000 | $12,975.00 | | $283,410.98 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $412.93 | $282,998.05 |
| 04/09/2018 | (37) | JEFFREY I. GOLDEN, TRUSTEE FOR JOJO'S PIZZA KITCHEN INC. | SALE PROCEEDS ALLOCATED TO JOSEPH GROUP INC. ESTATE PER COURT ORDER ENTERED 4/7/17 | 1221-000 | $5,190.00 | | $288,188.05 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $412.31 | $287,775.74 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $427.51 | $287,348.23 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $413.09 | $286,935.14 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $426.26 | $286,508.88 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $68.65 | $286,440.23 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($68.65) | $286,508.88 |
| | | | **SUBTOTALS** | | $96,015.00 | $5,566.79 | |

Page No: 3

Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-21301-MW | |
| Case Name: | JOSEPH GROUP INC | |
| Primary Taxpayer ID #: | **-***2024 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 8/11/2011 | |
| For Period Ending: | 1/12/2021 | |

| | |
|---|---|
| Trustee Name: | Jeffrey I Golden |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******1301 |
| Account Title: | CHECKING ACCOUNT |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/24/2018 | (37) | JEFFREY I. GOLDEN, TRUSTEE FOR JOJO'S PIZZA KITCHEN, INC. | SALE PROCEEDS ALLOCATED TO JOSEPH GROUP INC. ESTATE PER COURT ORDER ENTERED 4/7/17 | 1221-000 | $5,190.00 | | $291,698.88 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $5,104.73 | $286,594.15 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($5,104.73) | $291,698.88 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $433.55 | $291,265.33 |
| 11/14/2018 | 1006 | LOBEL WEILAND GOLDEN FRIEDMAN LLP | ATTORNEY FOR TRUSTEE - FEE (PAYMENT OF REMAINING AMOUNT OWED) PER COURT ORDER ENTERED 12/20/16 | 3110-000 | | $12,802.03 | $278,463.30 |
| 11/14/2018 | 1007 | SHULMAN HODGES & BASTIAN LLP | SPECIAL COUNSEL FOR TRUSTEE - FEE (PAYMENT OF REMAINED AMOUNT OWED) PER COURT ORDER ENTERED 12/20/16 | 3210-600 | | $12,133.24 | $266,330.06 |
| 01/31/2019 | 1008 | INTERNATIONAL SURETIES LTD. | Bond #016030866 Term 1/4/2019 to 1/4/2020 | 2300-000 | | $162.86 | $266,167.20 |
| 08/27/2020 | 1009 | INTERNAL REVENUE SERVICE | SECURED - TAX CLAIM #3 PAID @ 100% OF ALLOWED AMOUNT | 4300-000 | | $42,121.80 | $224,045.40 |
| 08/27/2020 | 1010 | ORANGE COUNTY TREASURER TAX-COLLECTOR | SECURED - TAX CLAIM #4 PAID @ 100% OF ALLOWED AMOUNT | 4800-000 | | $8,376.95 | $215,668.45 |
| 08/27/2020 | 1011 | ORANGE COUNTY TREASURER - TAX COLLECTOR | SECURED - TAX CLAIM #17 PAID @ 100% OF ALLOWED AMOUNT | 4800-000 | | $692.69 | $214,975.76 |
| 08/27/2020 | 1012 | JEFFREY I. GOLDEN, TRUSTEE | TRUSTEE FEE PAID @ 100% OF ALLOWED AMOUNT PER COURT ORDER ENTERED 8/27/20 | 2100-000 | | $20,847.49 | $194,128.27 |
| 08/27/2020 | 1013 | JEFFREY I. GOLDEN, TRUSTEE | TRUSTEE EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER COURT ORDER ENTERED 8/27/20 | 2200-000 | | $10.00 | $194,118.27 |
| 08/27/2020 | 1014 | WEILAND GOLDEN GOODRICH LLP | ATTORNEY FOR TRUSTEE - FEE PAID @ 100% OF ALLOWED AMOUNT PER COURT ORDER ENTERED 8/27/20 | 3110-000 | | $39,045.00 | $155,073.27 |
| 08/27/2020 | 1015 | WEILAND GOLDEN GOODRICH LLP | ATTORNEY FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER COURT ORDER ENTERED 8/27/20 | 3210-000 | | $57.10 | $155,016.17 |
| | | | **SUBTOTALS** | | $5,190.00 | $136,682.71 | |

Exhibit 9

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No. | 11-21301-MW | Trustee Name: | Jeffrey I Golden |
| Case Name: | JOSEPH GROUP INC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2024 | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT |
| For Period Beginning: | 8/11/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/27/2020 | 1016 | SHULMAN BASTIAN LLP | SPECIAL COUNSEL FOR TRUSTEE - FEE PAID @ 100% OF ALLOWED AMOUNT PER COURT ORDER ENTERED 8/27/20 | 3210-600 | | $22,604.24 | $132,411.93 |
| 08/27/2020 | 1017 | SHULMAN BASTIAN LLP | SPECIAL COUNSEL FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER COURT ORDER ENTERED 8/27/20 | 3220-610 | | $1,183.37 | $131,228.56 |
| 08/27/2020 | 1018 | HAHN FIFE & COMPANY LLP | ACCOUNTANT FOR TRUSTEE - FEE PAID @ 100% OF ALLOWED AMOUNT PER COURT ORDER ENTERED 8/27/20 | 3410-000 | | $30,198.00 | $101,030.56 |
| 08/27/2020 | 1019 | HAHN FIFE & COMPANY LLP | ACCOUNTANT FOR TRUSTEE - EXPENSES PAID @ 100% OF ALLOWED AMOUNT PER COURT ORDER ENTERED 8/27/20 | 3420-000 | | $1,266.50 | $99,764.06 |
| 08/27/2020 | 1020 | OFFICE OF THE U.S. TRUSTEE | UST - QUARTERLY FEES - CLAIM NO. 18 PAID @ 100% OF ALLOWED AMOUNT PER COURT ORDER ENTERED 8/27/20 | 2950-000 | | $1,632.08 | $98,131.98 |
| 08/27/2020 | 1021 | FRANCHISE TAX BOARD | ADMINISTRATIVE TAX CLAIM NO. 24 PAID @ 100% OF ALLOWED AMOUNT PER COURT ORDER ENTERED 8/27/20 | 2990-800 | | $3,690.56 | $94,441.42 |
| 08/27/2020 | 1022 | BOARD OF EQUALIZATION | CHAPTER 11 ADMINISTRATIVE EXPENSE - CLAIM NO. 13; PAID @ 17% OF ALLOWED AMOUNT | 6990-000 | | $65,151.31 | $29,290.11 |
| 08/27/2020 | 1023 | EMPLOYMENT DEVELOPMENT DEPARTMENT | CHAPTER 11 ADMINISTRATIVE EXPENSE - CLAIM NO. 16; PAID @ 17% OF ALLOWED AMOUNT | 6990-000 | | $4,298.17 | $24,991.94 |
| 08/27/2020 | 1024 | THE DILLINGER LAW FIRM PC | CHAPTER 11 ADMINISTRATIVE EXPENSE - CLAIM NO. 23; PAID @ 17% OF ALLOWED AMOUNT | 6990-000 | | $4,482.84 | $20,509.10 |
| 08/27/2020 | 1025 | FRANCHISE TAX BOARD | CHAPTER 11 ADMINISTRATIVE EXPENSE - CLAIM NO. 24; PAID @ 17% OF ALLOWED AMOUNT | 6990-000 | | $420.29 | $20,088.81 |
| | | | SUBTOTALS | | $0.00 | $134,927.36 | |

FORM 2

Page No: 5

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-21301-MW | |
| Case Name: | JOSEPH GROUP INC | |
| Primary Taxpayer ID #: | **-***2024 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 8/11/2011 | |
| For Period Ending: | 1/12/2021 | |

| | |
|---|---|
| Trustee Name: | Jeffrey I Golden |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******1301 |
| Account Title: | CHECKING ACCOUNT |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/27/2020 | 1026 | SHULMAN HODGES & BASTIAN LLP | CHAPTER 11 ADMINISTRATIVE FEES; PAID @ 17% OF ALLOWED AMOUNT PER COURT ORDER ENTERED 8/27/20 | 6210-160 | | $20,088.81 | $0.00 |
| 12/15/2020 | 1009 | STOP PAYMENT: INTERNAL REVENUE SERVICE | SECURED - TAX CLAIM #3 PAID @ 100% OF ALLOWED AMOUNT | 4300-004 | | ($42,121.80) | $42,121.80 |
| 12/15/2020 | 1027 | UNITED STATES TREASURY | SECURED - TAX CLAIM #3 PAID @ 100% OF ALLOWED AMOUNT | 4300-000 | | $42,121.80 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $351,949.86 | $351,949.86 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $351,949.86 | $351,949.86 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $351,949.86 | $351,949.86 | |

| For the period of  8/11/2011 to 1/12/2021 | | For the entire history of the account between 04/21/2017 to 1/12/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $351,949.86 | Total Compensable Receipts: | $351,949.86 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $351,949.86 | Total Comp/Non Comp Receipts: | $351,949.86 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $351,949.86 | Total Compensable Disbursements: | $351,949.86 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $351,949.86 | Total Comp/Non Comp Disbursements: | $351,949.86 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6          Exhibit 9

| | |
|---|---|
| Case No. | 11-21301-MW |
| Case Name: | JOSEPH GROUP INC |
| Primary Taxpayer ID #: | **-***2024 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 8/11/2011 |
| For Period Ending: | 1/12/2021 |

| | |
|---|---|
| Trustee Name: | Jeffrey I Golden |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******1301 |
| Account Title: | CHECKING ACCOUNT |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $351,949.86 | $351,949.86 | $0.00 |

**For the period of 8/11/2011 to 1/12/2021**

| | |
|---|---|
| Total Compensable Receipts: | $351,949.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $351,949.86 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $351,949.86 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $351,949.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/24/2014 to 1/12/2021**

| | |
|---|---|
| Total Compensable Receipts: | $351,949.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $351,949.86 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $351,949.86 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $351,949.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JEFFREY I GOLDEN

JEFFREY I GOLDEN